UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. LEO M. GORDON, JUDGE

---

| | |
|---|---|
| BASF CORPORATION, | |
| Plaintiff, | |
| v. | Consol. Court No. 13-00318 |
| UNITED STATES, | |
| Defendant. | |

**FIFTH AMENDED SCHEDULING ORDER**

Upon reviewing plaintiff BASF Corporation's consent motion to amend the Court's scheduling order dated February 1, 2024, in the above-captioned action, and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that plaintiff's consent motion is granted; and it is further

**ORDERED** that the Court's scheduling order dated February 1, 2024, ECF No. 59, is amended as follows:

1. Dispositive motions, if any, shall be filed no later than April 11, 2024. A brief in response to a dispositive motion may include a dispositive cross-motion.

2. If no dispositive motions are filed, a request for trial, if any, will be filed by April 25, 2024, and will be accompanied by a proposed Order Governing Preparation for Trial.

3. If necessary, trial will begin at a time and place ordered by the Court.

4. If necessary, a pretrial conference shall be held at least two weeks prior to trial.

5. In the event no dispositive motion is pending, all exhibits shall be identified and submitted at least four weeks prior to the pretrial conference.

6. Lists of witnesses, including experts who are to be designated by name and subject matter, shall be exchanged at least four weeks prior to the pretrial conference.

The Clerk of the Court is directed to forward copies of this scheduling order to counsel for the parties.

_____
Leo M. Gordon, Judge

Dated: _____
      New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. LEO M. GORDON, JUDGE

|                          |   |                            |
|--------------------------|---|----------------------------|
| BASF CORPORATION,        | : |                            |
|                          | : |                            |
| Plaintiff,               | : |                            |
|                          | : |                            |
| v.                       | : | Consol. Court No. 13-00318 |
|                          | : |                            |
| UNITED STATES,           | : |                            |
|                          | : |                            |
| Defendant.               | : |                            |

# **CONSENT MOTION TO AMEND THE SCHEDULING ORDER**

Pursuant to Rules 6, 7 and 16 of the United States Court of International Trade (USCIT), BASF Corporation respectfully move this Court to extend the remaining deadlines in the scheduling order entered on February 1, 2024, ECF No. 59, by two weeks, as set forth in the proposed fifth amended scheduling order. This is the fifth request to amend the scheduling order.

When a motion is made prior to a deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A). "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *Aspects Furniture Int'l, Inc. v. United States*, 469 F. Supp. 3d 1359, 1364 (Ct. Int'l Trade 2020) (citing *High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Fed. R. Civ. P. 16(b))).

Good cause exists for this motion. The parties have completed fact and

expert discovery in accordance with the current scheduling order.  Under the existing scheduling order, dispositive motions are due on or before March 28, 2024.  Plaintiff requests that this deadline be extended by 14 days, to and including April 11, 2024, so to allow additional time for it to consider, prepare, and file moving papers to resolve this matter by dispositive motion.  This includes preparing and submitting a statement of undisputed material facts, a draft of which plaintiff's counsel is working diligently to prepare for defense counsel's review and input.  In addition, plaintiff's counsel is involved in other cases before the U.S. Court of International Trade and other matters involving practice before various federal agencies, the press of which is an underlying reason for the requested extension in this matter.  As such, plaintiff requires more time than was initially anticipated for submitting dispositive motions.

Therefore, plaintiff respectfully request a two-week extension to the remaining deadlines on the existing scheduling order, as reflected in the proposed fifth amended scheduling order, to permit the parties to submit dispositive motions, and if no dispositive motions are filed, then to request a trial and submit a proposed order governing preparation for trial.  On March 13, 2024, the undersigned counsel consulted with Luke Mathers, Esq., counsel for defendant in this matter, who stated that the defendant consents to the relief requested by this motion.

WHEREFORE, plaintiff respectfully request that this consent motion be granted.

>  Respectfully submitted,
>
>  /s/Frederic D. Van Arnam, Jr.
>  Frederic D. Van Arnam, Jr.
>  Barnes, Richardson & Colburn, LLP
>  100 William Street, Suite 305
>  New York, New York 10038
>  Tel: (212) 725-0200, ex. 126
>  *Attorneys for Plaintiff*

Dated:      March 13, 2024