UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. LEO M. GORDON, JUDGE

_____

BASF CORPORATION,

                Plaintiff,

      v.                              Consol. Court No. 13-00318

UNITED STATES,

                Defendant.
_____

## FIFTH AMENDED SCHEDULING ORDER

Upon reviewing plaintiff BASF Corporation's consent motion to amend the Court's scheduling order dated February 1, 2024, in the above-captioned action, and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that plaintiff's consent motion is granted; and it is further

**ORDERED** that the Court's scheduling order dated February 1, 2024, ECF No. 59, is amended as follows:

1. Dispositive motions, if any, shall be filed no later than April 11, 2024. A brief in response to a dispositive motion may include a dispositive cross-motion.

2. If no dispositive motions are filed, a request for trial, if any, will be filed by April 25, 2024, and will be accompanied by a proposed Order Governing Preparation for Trial.

3. If necessary, trial will begin at a time and place ordered by the Court.

4. If necessary, a pretrial conference shall be held at least two weeks prior to trial.

5.  In the event no dispositive motion is pending, all exhibits shall be identified and submitted at least four weeks prior to the pretrial conference.

6.  Lists of witnesses, including experts who are to be designated by name and subject matter, shall be exchanged at least four weeks prior to the pretrial conference.

The Clerk of the Court is directed to forward copies of this scheduling order to counsel for the parties.

/s/ Leo M. Gordon
Leo M. Gordon, Judge

Dated: March 14, 2024
New York, New York